**Vincent M. VENTIMIGLIA, Appellant,**

v.

**Anthony TWIST; City of Arnold, MO; Robert T. Shockey; Karen Olejniczak; Paul D'Agrosa, Appellees.**

**No. 04–2441.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 25, 2005.

Decided: May 5, 2005.

■

Vincent M. Ventimiglia, Imperial, MO, pro se.

Robert D. Blitz, Christopher O. Bauman, R. Thomas Avery, Blitz & Bardgett, Clayton, MO, Robert John Krehbiel, King & Krehbiel, St. Louis, MO, for Appellees.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

■

PER CURIAM.

Vincent M. Ventimiglia appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

■

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.